# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2964 Disciplinary Docket No. 3 |
| | : | |
| EDWARD HARRINGTON HEYBURN | : | No. 35 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-111 |
| | : | September Term 2021) |
| | : | |
| | : | Attorney Registration No. 80472 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Edward Harrington Heyburn is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of 2 years, consecutive to the 18-month term of suspension ordered by this Court on October 5, 2022. He shall comply with the provisions of Pa.R.D.E. 217.